UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ODIN NORDHEIM,

        Plaintiff,

v.

EOIR,

        Defendant.

Case No. 25-cv-08649-JCS

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Trina L. Thompson for consideration of whether the case is related to C-25-4701 TLT.

**IT IS SO ORDERED.**

Dated: November 5, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge